UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JASON CHRISTOPHER BAGGATTA,

    Plaintiff,

v.                                                  CASE NO. 8:15-cv-229-T-23TGW

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

**ORDER**

Jason Christopher Baggatta seeks (Doc. 1) a review of a decision (Doc. 9-2 at 34–45) by the Commissioner of Social Security that Baggatta is not eligible to receive disability insurance benefits. In a well-reasoned report (Doc. 14), Magistrate Judge Thomas G. Wilson recommends affirming the Commissioner's decision. Baggatta objects (Doc. 15) to the report and recommendation. A thorough review of the portions of the report and recommendation to which Baggatta objects and the portions of the Commissioner's decision to which the objections pertain reveals that the objections are unfounded or unpersuasive. Accordingly, the objections (Doc. 15) are **OVERRULED**. The report and recommendation (Doc. 14) is **ADOPTED**, and

the Commissioner's decision is **AFFIRMED**.  The clerk is directed (1) to enter final judgment for the Commissioner and against Baggatta and (2) to close the case.

ORDERED in Tampa, Florida, on March 9, 2016.

*[signature]*

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE